NO. 29337

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Petitioner-Plaintiff-Appellee,

vs.

KENNETH DELOS SANTOS, Respondent-Defendant-Appellant.

LAW LIBRARY

FILED 2010 APR -1 AM 8:00 JEAN R. KIKUMOTO CLERK APPELLATE COURTS STATE OF HAWAII

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-CR NO. 08-1-1310)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner-Plaintiff-Appellee's application for writ of certiorari filed on February 18, 2010, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, April 1, 2010.

FOR THE COURT:

*Pamela A. Nakayama*
Associate Justice

Stephen K. Tsushima,
Deputy Prosecuting Attorney,
for petitioner-plaintiff-appellee
on the application

---

[1]Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.